IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-19 |
| | ) | |
| TIFFANY NICOLE McGHEE | ) | |

### **MEMORANDUM AND ORDER**

This criminal action is before the court on the defendant's unopposed motion for a continuance of the trial [doc. 80]. Counsel for the defendant avers that he needs additional time to prepare for the retrial due to out-of-town commitments in other cases. The government also requires additional time.

The court finds the motion well taken, and it will be granted. The court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant the motion would deny the parties the additional time they require for effective preparation for the retrial of this criminal case. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, the court finds that the time from the filing of this motion to the new trial is excludable time within the meaning of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's unopposed motion for a continuance is **GRANTED**, and the retrial of this criminal case is **CONTINUED** to November 5, 2007, at 9:00 a.m.

ENTER:


　　　　　　*s/ Leon Jordan*　　
United States District Judge